No. 89. NATIONAL LABOR RELATIONS BOARD *v.* LOCAL UNION No. 85, SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, AFL–CIO. C. A. 5th Cir. Certiorari denied. *Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for petitioner. *Edwin M. Pearce* for respondent.

No. 123. NATIONAL LABOR RELATIONS BOARD *v.* AMERICAN DREDGING Co. C. A. 3d Cir. Certiorari denied. *Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for petitioner. *A. V. Cherbonnier* for respondent.

No. 211. NATIONAL LABOR RELATIONS BOARD *v.* E. & B. BREWING Co., INC., ET AL. C. A. 6th Cir. Certiorari denied. *Solicitor General Rankin, Stuart Rothman, Dominick L. Manoli, Norton J. Come* and *Duane B. Beeson* for petitioner. *David F. Feller* for Drivers and Helpers Local 38, International Union of United Brewery Workers of America, AFL–CIO, respondent.

No. 228. NATIONAL LABOR RELATIONS BOARD *v.* UNITED STATES STEEL CORP. ET AL. C. A. 3d Cir. Certiorari denied. *Stuart Rothman, Dominick L. Manoli, Norton J. Come* and *Standau E. Weinbrecht* for petitioner.

No. 229. NATIONAL LABOR RELATIONS BOARD *v.* MILLWRIGHTS' LOCAL 2232, DISTRICT COUNCIL OF HOUSTON AND VICINITY, ET AL. C. A. 5th Cir. Certiorari denied. *Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for petitioner.